# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re Application of<br><br>507 Summit LLC, Oasis Focus Fund LP, and Quadre Investments, L.P.,<br><br>Petitioners, for an Order pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No.<br><br>**DECLARATION OF YONAH JAFFE IN SUPPORT OF PETITIONERS' APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |

I, Yonah Jaffe, hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the State of New York. I am currently employed at the law firm of Reid, Collins & Tsai LLP, which is counsel to 507 Summit LLC (together with Oasis Focus Fund LP and Quadre Investments, L.P., "**Petitioners**") in the above-captioned matter.

2. I make this declaration in support of Petitioner's concurrently filed Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding (the "**Application**"). My *pro hac vice* admission in this matter is forthcoming.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

4. Petitioner brings this Application to obtain discovery under 28 U.S.C. § 1782 from Alex Nanyan Zheng ("**Respondent**") for use in an appraisal proceeding pending before the Grand Court of the Cayman Islands (the "**Appraisal Proceeding**"), to which Petitioner is a party. Respondent is both an individual member of the Buyer Group[1] and a partial owner and director of

---

[1] Any capitalized terms not defined herein bear the same meaning as in the accompanying Memorandum of Law.

1

other entity members of the Buyer Group that took 51job, Inc. (the "**Company**") private in the merger that is the subject of the Appraisal Proceeding.

5. Attached hereto as **Exhibit A** is a true and correct copy of the proposed subpoena that Petitioner seeks to serve on Respondent for use in the Appraisal Proceeding.

6. Attached hereto as **Exhibit B** is a true and correct copy of the Company's draft Proxy Statement dated July 6, 2021.

7. Attached hereto as **Exhibit C** is a true and correct copy of the Company's Proxy Statement dated March 29, 2022.

8. Attached hereto as **Exhibit D** is a true and correct copy of the Company's Schedule 13e-3 Transaction Statement, filed on July 6, 2021.

9. Attached hereto as **Exhibit E** is a true and correct copy of the Company's amended Schedule 13e-3 Transaction Statement, filed on March 29, 2022.

10. Attached hereto as **Exhibit F** is a true and correct copy of a press release issued by the Company on March 1, 2022.

11. Attached hereto as **Exhibit G** is a true and correct copy of a press release issued by Recruit Holdings Co., Ltd. on June 22, 2021.

12. Attached hereto as **Exhibit H** is a true and correct copy of the Company's press release dated November 8, 2021.

13. Attached hereto as **Exhibit I** is a true and correct copy of the Company's press release dated April 27, 2022.

14. Attached hereto as **Exhibit J** is a true and correct copy of the Company's press release dated May 6, 2022.

18. Attached hereto as **Exhibit K** is a true and correct copy of the Amended Civil Minutes in *FourWorld Event Opportunities, LP v. Houlihan Lokey, Inc.*, No. 21-mc-1019-CASJPR, ECF No. 56 (C.D. Cal. Jan. 6, 2022).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 20, 2023, New York, New York.

_____
Yonah Jaffe