Thomas A. Gilson (AZ Bar No. 022460)
**BEUS O'CONNOR MCGRODER PLLC**
701 North 44th Street
Phoenix, Arizona 85008
Telephone: (480) 429-3000
tgilson@bomlawgroup.com

**PALLAS PARTNERS (US) LLP**
Duane L. Loft*
Shireen Barday*
John McAdams*
75 Rockefeller Plaza
New York, New York 10019
Telephone: (212) 970-2300
Duane.Loft@pallasllp.com
Shireen.Barday@pallasllp.com
John.Mcadams@pallasllp.com

Counsel for Petitioners
[Additional Counsel Listed in Signature Block]

*admitted *Pro hac vice*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re Application of<br><br>507 Summit LLC, Oasis Focus Fund LP, and Quadre Investments, L.P.,<br><br>Petitioners, for an Order pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 2:23-mc-00040-MTL<br><br>**JOINT STATUS REPORT** |

Petitioners 507 Summit LLC, Oasis Focus Fund LP, and Quadre Investments, L.P. ("Petitioners") and Respondent Alex Nanyan Zheng ("Respondent," and together with Petitioners, "the Parties") respectfully submit this Joint Status Report pursuant to the Court's January 18, 2024 Order, (Dkt. 8).

1  On September 21, 2023, Petitioners filed an Application pursuant to 28 U.S.C. § 1782 seeking leave to serve a subpoena on Respondent, (Dkt. 1).

On January 18, 2024, the Court entered a joint stipulation between the Parties under which, among other things, Respondent agreed to make Mr. Tony Jiang, a knowledgeable witness, available for a deposition (the "Ocean Link Deposition") on or before February 16, 2024, (Dkt. 8). The Ocean Link Deposition occurred on January 22, 2024.

On February 23, 2024, the Court entered a joint status report between the Parties under which the Parties agreed to stay proceedings until March 25, 2024, (Dkt. 10).

The Parties are continuing to confer about various matters.

The Parties agree that the proceedings shall be stayed until April 18, 2024. By the same date, the Parties shall file either a dismissal or a status report.

Dated: March 18, 2024

By: /s/ *Duane L. Loft*_____

**PALLAS PARTNERS (US) LLP**
Duane L. Loft*
Shireen Barday*
John McAdams*
75 Rockefeller Plaza
New York, NY 10019
Telephone: (212) 970-2300
Duane.Loft@pallasllp.com
Shireen.Barday@pallasllp.com
John.McAdams@pallasllp.com

*Counsel for Petitioners Oasis Focus Fund LP and Quadre Investments, L.P.*

**BEUS O'CONNOR MCGRODER PLLC**
Thomas A. Gilson
701 North 44th Street
Phoenix, AZ 85008
Telephone: (480) 429-3000
tgilson@bomlawgroup.com

*Additional counsel for Petitioners*

2

1395712

**REID COLLINS & TSAI LLP**
Yonah Jaffe*
420 Lexington Avenue
Suite 2731
New York, NY 10170
(212) 344-5200
yjaffe@reidcollins.com

**LABATON SUCHAROW LLP**
Ned Weinberger*
140 Broadway
New York, NY 10005
(212) 907-0864
nweinberger@labaton.com

*Additional counsel for Petitioner 507 Summit LLC*

*\*Pro hac vice* application forthcoming

By: */s/ Evert J. Christensen, Jr.*

**WEIL, GOTSHAL & MANGES LLP**
Evert J. Christensen, Jr.*
Evert.Christensen@weil.com
Milana Bretgoltz*
Milana.Bretgoltz@weil.com
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Counsel for Respondent and Non-Party Ocean Link Partners II GP Limited*

3

1395712